Concur —

McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.

ATLANTIC BANK OF NEW YORK et al., Respondents, v. SUTTON ASSOCIATES, INC., et al., Appellants.—

944

Concur—

McGivern, J. P., Markewich, Kupferman, Steuer and Macken, JJ.

HELLENIC LINES LIMITED, Respondent, v. CHEMOLEUM CORPORATION, Appellant.—